LAWRENCE PARK REALTY CO., Respondent, v. ALLEMANIA FIRE INS. CO. OF PITTSBURG, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by the Lawrence Park Realty Company against the Allemania Fire Insurance Company of Pittsburg. No opinion. Judgment and order affirmed, with costs.

LEAZOTT, Respondent, v. DAME, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Action by Eddie Leazott against William Dame. No opinion. Judgment unanimously affirmed, with costs.

LEFI, Appellant, v. KNAUTH et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 12, 1910.) Action by William Lefi against William Knauth and others.

PER CURIAM. This court declines to hear this application or the appeal sought to be taken to this department for want of jurisdiction, in that such appeal was taken from a judgment rendered in the Fourth Judicial District. Order directed accordingly, without costs and without prejudice to any application that may be made to the Appellate Division, Third Department. See, also, 136 App. Div. 903, 120 N. Y. Supp. 1131.

LE GRECA v. KINDERMANN et al. (Supreme Court, Appellate Division. First Department. October 14, 1910.) Action by Giovannina Di F. Le Greca, as administratrix, against Julius Kindermann, Sr., and others. No opinion. Motion to dismiss appeal as to respondents Julius Kindermann, Sr., and Julius Kindermann, Jr., granted, with $10 costs. Order filed.

LESSER v. LYONS et al. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Joseph M. Lesser, as trustee, against Anabel Lyons and others. No opinion. Decision of this application postponed until after determination of the motion to revive action at Special Term.

LEVIN, Appellant, v. GOLDSTEIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Morris Levin against David Goldstein and another. No opinion. Order of the Municipal Court affirmed, with costs.

LEVINE v. INTERURBAN ST. RY. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Bessie Levine against the Interurban Street Railway Company, sued, etc. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LEVINE v. SCHLANGER. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by Max S. Levine against Solomon H. Schlanger. No opinion. Application denied, with $10 costs. Order signed.

LEVINE, Appellant, v. WALZER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Joseph Levine against Morris Walzer and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

LEVY et al. v. JETTER BREWING CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Samuel D. Levy and others against the Jetter Brewing Company. No opinion. Application denied, with $10 costs. Order signed.

LICCIONE, Respondent, v. COLLIER, Appellant. (Supreme Court, Appellate Division, First Department. November 18, 1910.) Action by Joseph Liccione against Robert J. Collier. J. V. Judge, for appellant. L. Ullo, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

LINDSTEDT, Respondent, v. COOMBS, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Action by William E. Lindstedt, Jr., against James Bliss Coombs. No opinion. Judgment and order unanimously affirmed, with costs.

LINGS et al., Respondents, v. BLODGETT & ORSWELL CO., Appellant. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Action by George S. Lings and others against the Blodgett & Orswell Company. L. McKee, for appellant. G. W. Bristol, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

LINTHWAITE, Respondent, v. BILLINGTON, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Grace Linthwaite against Reno R. Billington. H. Cole, for appellant. J. F. Swanick, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 N. Y. Supp. 1126.

LIPSHITZ et al., Respondents, v. WITTE, Appellant. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) Action by Jack Lipshitz and another, etc., against Saul A. Witte. No opinion. Judgment of the Municipal Court affirmed, with costs.

LISTON v. NEW YORK TRANSP. CO. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Frank J. Liston against the New York Transportation Company. No opinion. Motion granted. Order filed. See, also, infra.

LISTON v. NEW YORK TRANSP. CO. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Frank J. Liston against the New York Trans-